■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JORGE RAMIREZ, Respondent. [735 NYS2d 300] —Order unanimously reversed on the law, motion denied, count one of indictment reinstated and matter remitted to Supreme Court for further proceedings on indictment. Memorandum: We agree with the People that Supreme Court erred in granting defendant's motion to reduce count one of the indictment from sodomy in the first degree (Penal Law § 130.50 [3]) to attempted sodomy in the first degree. Contrary to the court's conclusion, penis to anus penetration is not a necessary element of sodomy in the first degree (*see, People v Froats*, 163 AD2d 906, 906-907, *lv denied* 76 NY2d 940). Here, the Grand Jury testimony establishes the requisite penis to anus contact between defendant and the victim to support the higher charge (*see, People v Gutkaiss*, 206 AD2d 584, 587-588, *lv denied* 84 NY2d 936). (Appeal from Order of Supreme Court, Monroe County, Fisher,

J.—Reduce Count of Indictment.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Gorski, JJ.